UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LASANDRA HAWKINS

VERSUS

THE KMW GROUP, INC., ET AL

CIVIL ACTION

NO. 12-735-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated October 28, 2013 (doc. no. 19) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the removing Defendants have shown by a preponderance of the evidence that the amount in controversy required by § 1332 is present and that Defendant, Cary Delatte, Baton Rouge General Medical Center, General Health System and Baton Rouge General Hospital are improperly joined. Therefore, complete diversity exists between all properly joined parties and the Court retains subject matter jurisdiction over Plaintiff's cause of action.

Baton Rouge, Louisiana, this 20th day of November, 2013.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE